**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| In re BELLSOUTH CORP. ERISA LITIGATION | Case No. 1:02-cv-2440-JOF |

**JOINT MOTION FOR PRELIMINARY APPROVAL
OF SETTLEMENT AND APPROVAL OF NOTICE TO BE
FURNISHED TO PLAN PARTICIPANTS**

Plaintiffs and Defendants hereby respectfully move the Court, pursuant to Fed. R. Civ. P. 23(e) and 23.2, to give preliminary approval to a plan-wide settlement, and approve, pursuant to Fed. R. Civ. P. 23(e)(1)(B), the Notice to be furnished to the Plans' participants, and for such other and further relief as may be appropriate in carrying out the settlement. The grounds for this Motion are as follows:

1.

The issues in this case have been litigated intensively over several years since these actions were consolidated in this Court.

2.

Through diligent efforts of the parties and their counsel, a settlement of all claims has been arrived at, and that settlement is set forth in the Stipulation and Agreement of Settlement dated May 10, 2006 (the "Agreement" or "Settlement"). A copy of the Agreement and its pertinent Exhibits is filed herewith as Exhibit 1.

3.

The overall Settlement is fair, meets all requirements of applicable law, and is deserving of the Court's preliminary, and ultimately final, approval.

4.

Because the Agreement inures to the benefit of the BellSouth Savings and Security Plan ("SSP") and BellSouth Retirement Savings Plan ("RSP"), (collectively, "the Plans") as well as all of the Plans' participants, pursuant to ERISA § 502(a)(2), the case is being settled as a derivative action on behalf of the Plans.

5.

The Agreement has been fashioned to take into account the relative strength of the Plaintiffs' claims and of Defendants' defenses to those claims, as well as the cost, delay, and uncertainty of continued litigation.

6.

The Agreement provides that the Defendants are to provide the following relief:

    (a)    For a period of three years beginning April 1, 2006, BellSouth Corporation will continue to make matching contributions to the Plans.

    (b)    For a period of three years beginning April 1, 2006, the Financial Performance Percentage used to calculate the match percentage in § 4(2)(a) of the Plans will not be less than 95%.

    (c)    Plan participants shall have the right to direct matching contributions made to their Plan accounts among the same alternatives available for Plan participants' own contributions for a period of three years beginning April 1, 2006.

    (d)    BellSouth Corporation will make matching contributions in cash rather than in employer stock for a period of three years beginning April 1, 2006.

(e) Certain lifestyle funds, life cycle funds or similar type funds will be made available as investment options under the Plans beginning April 1, 2006.

(f) In 2006, the Plans will send materials to all participants that will include information on the importance of diversification and the risks of investing in a non-diversified company stock fund, such as the BellSouth Stock Fund.

(g) If BellSouth is acquired by or merged with another company, the successor company will execute and perform BellSouth's obligations under this Agreement on terms not materially less favorable than those enumerated in subparagraphs (a) through (f) above. Nonetheless, such obligations and terms will apply with respect to any such successor's plans only with respect to individuals who are Participants in the Plans.

(h) If a Participant does not elect to receive a matching contribution under the Plans, subparagraphs (a), (b), (c) and (d) of this paragraph 6 shall not apply with respect to such Participants.

    (i)    Defendants will pay Lead Plaintiffs' Counsel attorneys' fees and expenses in the amount of $3 million. Defendants will pay the RSP Plaintiffs' Counsel attorneys' fees and expenses in the amount of $675,000.

7.

Upon the Court's preliminary approval of the Agreement, Notice will be mailed by the Defendants to the last known address of all of the Plans' Participants.

8.

The proposed Notice (attached as Exhibit A to the Agreement) will properly advise the Plans' Participants of all appropriate information regarding the Settlement, including their rights under the Agreement, and their right to object to the Settlement and to appear at the fairness hearing to be scheduled by the Court. The proposed individual mailing of the Notice satisfies all requirements of Rules 23(e)(1)(B) and 23.2, as well as due process.

9.

The equitable relief to the Plans and their Participants under the Agreement, as well as the payment of Attorneys' Fees and Expenses, will occur after the

Court's entry of a Final Order and Judgment and the expiration of the time for the filing an appeal by any objector.

10.

The further grounds for this Motion are set forth in detail in the parties' respective memoranda submitted in support of this Joint Motion, the Agreement and exhibits submitted in connection and in support of this Joint Motion, and the entire record in the case.

WHEREFORE, the parties respectfully request that the Court:

    a.    Give preliminary approval to this Agreement;

    b.    Approve the form of the Individual Notice, and direct the Defendants to mail the Notice to each participant in the Plans within thirty (30) days of the entry of the Preliminary Approval Order;

    c.    Set a briefing schedule and a date and time for the Settlement Fairness Hearing to determine whether the Agreement is fair, reasonable, and adequate to the Participants and the Plans, and to consider whether the Court should enter the Order and Final Judgment;

    d.    Set a deadline by which all objections to the Settlement must be made;

    e.    Stay the Action until further order of the Court;

    f.    Determine pursuant to Rules 23.2 and 23(e) of the Federal Rules of Civil Procedure that the Notice constitutes the best notice practicable under the circumstances and due and sufficient notice of the hearing and the rights of the Participants and all other Persons entitled to such Notice.

    g.    Enter such other and further orders and grant such other and further relief as may be appropriate for the purpose of effectuating the Settlement Agreement.

RESPECTFULLY SUBMITTED:

s/Lynn Lincoln Sarko
Lynn Lincoln Sarko
Elizabeth A. Leland
**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, WA 98101
206.623.1900 / 206.623.3384 (fax)

Richard S. Schiffrin
Joseph H. Meltzer
**SCHIFFRIN & BARROWAY, LLP**
280 King of Prussia Road
Radnor, PA 19004
610.667.7706 / 610.667.7056 (fax)

*Plaintiffs' Lead Counsel*


s/David F. Walbert
David F. Walbert
Georgia Bar #730450
**PARKS, CHESIN & WALBERT, P.C.**
26th Floor, 75 14th Street
Atlanta, GA 30309
404.873.8000 / 404.873.8050 (fax)
Email: dwalbert@pcwlawfirm.com

Ernest Cory
G. Rick DiGiorgio
**CORY, WATSON, CROWDER
  & DEGARIS**
2131 Magnolia Avenue
Birmingham, AL 35205
205.828.2200 / 205.324.7896 (fax)

Joe R. Whatley, Jr.
Glen Connor
**WHATLEY DRAKE, LLC**
Post Office Box 10647
Birmingham, AL 35202-0647
205.828.9576 / 205.328.9669 (fax)

Christopher A. Seeger
Diogenes Kekatos
Stephen A. Weiss
**SEEGER, WEISS, LLP**
One William Street, 10th Floor
New York, NY 10004
212.584.0700 / 212.584.0799 (fax)

*Joganic/RSP Plaintiffs' Counsel*


s/H. Douglas Hinson
H. Douglas Hinson
GA Bar #: 356790
Patrick C. DiCarlo
GA Bar #: 220339
**ALSTON & BIRD LLP**
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309-3424
404.881.7000 / 404.881.7777 (fax)
Email: doug.hinson@alston.com

*Counsel for Defendants William S. Stavropoulos, Robin B. Smith,
W. Patrick Shannon, Eugene F. Murphy, Leo F. Mullin, John G. Medlin, Jr.,
Joseph M. Magliochetti, James P. Kelly, Kathleen F. Feldstein, Ronald M.
Dykes, Armando M. Codina, J. Hyatt Brown, James H. Blancard, Reuben V.
Anderson, F. Duane Ackerman, Richard D. Sibbernsen,
Clinton A. Demetriou, Salem Shunnarah, Mark E. Droege, Lynn Wentworth,
Linda S. Harty, the BellSouth Savings Plan Committee, the BellSouth Board of
Directors, the Bellsouth Board of Directors Finance/Strategic Planning
Committee, and BellSouth Corporation*

# CERTIFICATE OF SERVICE AND CERTIFICATION OF COMPLIANCE WITH LR 5.1C

I hereby certify that the foregoing document was prepared with one of the font and point selections approved in LR 5.1C and was electronically filed on May 10, 2006, with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record follows:

Katherine B. Bornstein    kbornstein@sbclasslaw.com
Edward W. Ciolko    eciolko@sbclasslaw.com
Glen M. Connor    gconnor@whatleydrake.com
Juli F. Desper    jdesper@kellerrohrback.com
Michael I. Fistel, Jr.    mfistel@holzerlaw.com
Richard S. Frankowski, Jr.    rfrankowski@whatleydrake.com
Janet J. Higley    jhigley@pcwlawfirm.com
Corey D. Holzer    cholzer@holzerlaw.com
Elizabeth A. Leland    bleland@kellerrohrback.com,
Derek W. Loeser    dloeser@kellerrohrback.com
Joseph H. Meltzer    jmeltzer@sbclasslaw.com,
Lynn Lincoln Sarko    lsarko@kellerrohrback.com
David F. Walbert    dwalbert@pcwlawfirm.com
Joe R. Whatley, Jr.    jwhatley@whatleydrake.com

I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

Christi A. Cannon
HOLZER HOLZER, LLC
1117 Perimeter Center West,
Suite E-107
Atlanta, Georgia 30338

S. Gene Cauley
Randall K. Pulliam
Steven A. Owings
CAULEY BOWMAN CARNEY &
    WILLIAMS PLLC
11311 Arcade Drive, Suite 200
Little Rock, AR 72212

Christopher A. Seeger
Diogenes P. Kekatos
SEEGER WEISS
One William Street
New York, NY 10004-2502

Erin M. Riley
KELLER ROHRBACK
1201 Third Avenue, Suite 3200
Seattle, WA 98101

- 1 -

| | |
|---|---|
| Gary Gotto | Ernest Cory |
| Ron Kilgard | F. Jerome Tapley |
| Laurie Ashton | G. Rick DiGiorgio |
| KELLER ROHRBACK | CORY WATSON CROWDER |
| 3101 North Central Avenue, Suite 900 |   & DEGARIS |
| Phoenix, AZ 85012-2600 | 2131 Magnolia Avenue, Suite 200 |
| | Birmingham, AL 35205 |

s/H. Douglas Hinson
H. Douglas Hinson
GA Bar #: 356790

**ALSTON & BIRD LLP**
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309-3424
404.881.7000 / 404.881.7777 (fax)
Email: doug.hinson@alston.com