UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| In re BELLSOUTH CORP. ERISA LITIGATION | Case No. 1:02-cv-2440-JOF |

## NOTICE OF FILING

Come now Defendants, in accordance with the Court's instructions during the June 13, 2006 hearing, and submit this Notice of Filing of the following supplemental documents in support of the parties' joint motion for preliminary approval of the settlement.

1. Settlement Agreement (only paragraph (f) of Section 5 has been amended in accordance with the Court's instructions);

2. Objection to ERISA Settlement form; and

3. Notice of Pendency of Litigation, Proposed Settlement and Hearing.

Counsel for all parties have approved these documents.

This 16th day of June, 2006.

s/Patrick C. DiCarlo
Patrick C. DiCarlo
GA Bar #: 220339
**ALSTON & BIRD LLP**
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309-3424
404.881.7000 / 404.881.7777 (fax)
Email: pdicarlo@alston.com

# CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was electronically filed on June 16, 2006, with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record follows:

> Katherine B. Bornstein    kbornstein@sbclasslaw.com
> Edward W. Ciolko    eciolko@sbclasslaw.com
> Glen M. Connor    gconnor@whatleydrake.com
> Juli F. Desper    jdesper@kellerrohrback.com
> Michael I. Fistel, Jr.    mfistel@holzerlaw.com
> Richard S. Frankowski, Jr.    rfrankowski@whatleydrake.com
> Janet J. Higley    jhigley@pcwlawfirm.com
> Corey D. Holzer    cholzer@holzerlaw.com
> Elizabeth A. Leland    bleland@kellerrohrback.com,
> Derek W. Loeser    dloeser@kellerrohrback.com
> Joseph H. Meltzer    jmeltzer@sbclasslaw.com,
> Lynn Lincoln Sarko    lsarko@kellerrohrback.com
> David F. Walbert    dwalbert@pcwlawfirm.com
> Joe R. Whatley, Jr.    jwhatley@whatleydrake.com

I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

Christi A. Cannon
HOLZER HOLZER, LLC
1117 Perimeter Center West,
Suite E-107
Atlanta, Georgia 30338

S. Gene Cauley
Randall K. Pulliam
Steven A. Owings
CAULEY BOWMAN CARNEY & WILLIAMS PLLC
11311 Arcade Drive, Suite 200
Little Rock, AR 72212

Christopher A. Seeger
Diogenes P. Kekatos
SEEGER WEISS
One William Street
New York, NY 10004-2502

Erin M. Riley
KELLER ROHRBACK
1201 Third Avenue, Suite 3200
Seattle, WA 98101

ATL01/12248357v1

- 2 -

| | |
|---|---|
| Gary Gotto | Ernest Cory |
| Ron Kilgard | F. Jerome Tapley |
| Laurie Ashton | G. Rick DiGiorgio |
| KELLER ROHRBACK | CORY WATSON CROWDER |
| 3101 North Central Avenue, Suite 900 | & DEGARIS |
| | 2131 Magnolia Avenue, Suite 200 |
| Phoenix, AZ 85012-2600 | Birmingham, AL 35205 |

s/Patrick C. DiCarlo
Patrick C. DiCarlo
GA Bar #: 220339

ATL01/12248357v1