**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| IN RE BELLSOUTH CORPORATION ERISA LITIGATION <br><br> THIS DOCUMENT RELATES TO: <br><br> All Actions | MASTER FILE: <br> 1:02-CV-2440-JOF |

**PLAINTIFFS' MOTION FOR FINAL APPROVAL
OF ERISA SETTLEMENT AGREEMENT**

1.  Pursuant to Fed. R. Civ. P. 23(e) and 23.2 and the requirements of due process, Plaintiffs move the Court for entry of the parties' proposed Order and Final Judgment, which grants final approval to the Stipulation and Agreement of Settlement, as amended and submitted to the Court on June 16, 2006 (Docket No. 191) (the "Settlement Agreement"). Because the Agreement inures to the benefit of the BellSouth Savings and Security Plan ("SSP") and BellSouth Retirement Savings Plan ("RSP"), (collectively, "the Plans") as well as all of the Plans' participants, pursuant to ERISA § 502(a)(2), the case is being settled as a derivative action on behalf of the Plans.

2.  Following submission of the parties' Joint Motion for Preliminary Approval of Settlement and Approval of Notice to be Furnished to Plan Participants (filed May 10, 2006; Docket No. 188), a settlement conference convened by the Court on June 13, 2006, and supplemental filings (filed June 16, 2006, June 20, 2006, and June 23, 2006; Docket Nos. 191-193, respectively), on July 28, 2006, this Court

preliminarily approved the Settlement Agreement and directed that notice, in the form submitted by the parties and approved by the Court, be provided to participants of the BellSouth Savings and Security Plan and the BellSouth Retirement Savings Plan (the "Plans") and posted on the website proposed by the parties (Docket No. 194).

3. Pursuant to the Settlement Agreement and Preliminary Approval Order, Defendants provided the requisite notice to the Plans' participants.

4. The Court provided an opportunity for members of the certified class to file objections and to appear at a fairness hearing, which the Court has set for October 17, 2006. Of at least 71,810 Notices that were mailed, 48 objections have been filed. In their memorandum, Plaintiffs respond to each objection in turn.

5. As explained more fully in the memorandum accompanying this motion, final approval of the proposed Settlement should now be granted. The Settlement is fair, meets all requirements of applicable law, and is deserving of the Court's final approval. The parties have satisfied the procedural requirements set by the Court for giving notice and an opportunity to object to the proposed Settlement. Nothing has come to light since entry of the Preliminary Approval Order that calls into question the Court's preliminary finding that the Settlement should be approved.

WHEREFORE, for the foregoing reasons and those stated in the supporting memorandum, Plaintiffs respectfully request that the Court enter an order granting final approval to the Settlement. A proposed form of Final Order and Judgment is submitted herewith.

Respectfully submitted this 3rd day of October, 2006.

    KELLER ROHRBACK L.L.P.

    By: s/ Elizabeth A. Leland
        Elizabeth A. Leland
    Lynn Lincoln Sarko
    Ron Kilgard
    1201 Third Avenue, Suite 3200
    Seattle, Washington 98101
    Telephone:  (206) 623-1900   (Seattle)
    Telephone:  (602) 248-0088   (Phoenix)
    Facsimile:   (206) 623-3384   (Seattle)
    Facsimile:   (602) 248-2822   (Phoenix)

    **Co-Lead Counsel for Plaintiffs**

    Richard S. Schiffrin
    Joseph H. Meltzer
    Edward W. Ciolko
    Katherine Bornstein
    SCHIFFRIN & BARROWAY, LLP
    280 King of Prussia Road
    Radnor, PA 19087
    Telephone: (610) 667-7706
    Facsimile: (610) 667-7056

    **Co-Lead Counsel for Plaintiffs**

    Corey D. Holzer
    (Georgia Bar No. 364698)
    Michael I. Fistel, Jr.
    (Georgia Bar No. 262062)
    HOLZER & HOLZER LLC
    1117 Perimeter Center West, Suite E-107
    Atlanta, Georgia  30338
    Telephone: (770) 392-0090
    Facsimile: (770) 392-0029

    **Plaintiffs' Liaison Counsel**

    David F. Walbert
    PARKS, CHESIN & WALBERT, P.C.
    75 Fourteenth St., 26th Floor
    Atlanta, Georgia  30309
    Telephone:  (404) 873-8000
    Facsimile  (404) 873-8050

>Joe R. Whatley
>Glen M. Connor
>WHATLEY DRAKE
>2323 2nd Avenue North
>Birmingham, Alabama 35203
>Tel: (205) 328-9576
>Fax (205) 328-9669
>
>Ernest Cory
>G. Rick DiGiorgio
>CORY, WATSON, CROWDER &
>DEGARIS
>2131 Magnolia Avenue
>Birmingham, Alabama 35205
>Telephone: (205) 828-2200
>Facsimile: (205) 324-7896
>
>Christopher A. Seeger
>Steven A. Weiss
>SEEGER, WEISS, LLP
>One William Street, 10th Floor
>New York, NY 10004
>Telephone: (212) 584-0700
>Facsimile: (212) 584-0799
>
>**Joganic/RSP Plaintiffs' Counsel**

# CERTIFICATE OF SERVICE

I, Cathy A. Hopkins, Legal Assistant, hereby certify that the foregoing document was prepared with one of the font and point selections approved in LR 5.1C and was electronically filed on October 3, 2006, with the Clerk of the Court using CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

| | |
|---|---|
| H. Douglas Hinson | dhinson@alston.com |
| Patrick C. DiCarlo | pdicarlo@alston.com |
| Peter M. Varney | pvarney@alston.com |
| Ashley B. Watson | ashley.watson@bellsouth.com |
| Joseph H. Meltzer | jmeltzer@sbclasslaw.com |
| Edward W. Ciolko | eciolko@sbclasslaw.com |
| Katherine B. Bornstein | kbornstein@sbclasslaw.com |
| Michael I. Fistel, Jr. | mfistel@holzerlaw.com |
| Cory Daniel Holzer | cholzer@holzerlaw.com |
| Glen M. Connor | gconnor@whatleydrake.com |
| Joe R. Whatley | jwhatley@whatleydrake.com |
| David Walbert | dwalbert@pcwlawfirm.com |

Dated: October 3, 2006, in Seattle, Washington.

   s/ Cathy A. Hopkins
Cathy A. Hopkins
Legal Assistant
KELLER ROHRBACK L.L.P.
Lynn Lincoln Sarko
Elizabeth A. Leland
Ron Kilgard
1201 Third Avenue, Suite 3200
Seattle, Washington 98101
Telephone:   (206) 623-1900   (Seattle)
Facsimile:   (206) 623-3384   (Seattle)